**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**JAMES W. ROSE, JR.**
**TRIAL ATTORNEY**
**615 E. Houston, Room 533**
**San Antonio, TX 78205**
**(210) 472-4640**
**(210) 472-4649 (fax)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CARLOS DANIEL VALADEZ,** | § | **CASE NO. 25-52947-mmp** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 7** |

**EX-PARTE APPLICATION FOR ORDER APPROVING WRITTEN WAIVER OF DISCHARGE OF CARLOS DANIEL VALADEZ PURSUANT TO 11 U.S.C. § 727(a)(10)**

1. This case was filed as a case under chapter 7 of the Bankruptcy Code on December 3, 2025.

2. No discharge has been granted in this case.

3. The debtor, Carlos Daniel Valadez, has agreed to waive his discharge in this case and has executed a Waiver of Discharge on April 14, 2026, which has been filed with the Court.

The United States Trustee requests that the Court approve the written Waiver of Discharge of Carlos Daniel Valadez filed in this case.

/// ///

/// ///

/// ///

Dated: April 14, 2026

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7

By: */s/ James W. Rose, Jr.*
James W. Rose, Jr.
Trial Attorney
Texas State Bar No.: 17251900
615 E. Houston St., Suite 533
San Antonio, TX 78205
Telephone: (210) 472-4640
Fax: (210) 472-4649
James.Rose@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Application was served upon the parties listed on the attached service list by United States Mail, first class, postage prepaid and/or by electronic means for all Pacer system participants on April 14, 2026.

By: /s/*James W. Rose, Jr.*
James W. Rose, Jr.
Trial Attorney

Label Matrix for local noticing
0542-5
Case 25-52947-mmp
Western District of Texas
San Antonio
Tue Apr 14 13:50:09 CDT 2026

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

ADT
814 Arion Pkwy Ste 220
San Antonio, TX 78216-2837

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

Amex
Correspondence/Bankruptcy PO Box 981535
El Paso, TX 79998-1535

Attorney General of the United States
Main Justice Bld Room 5111
Washington, DC 20530-0001

(p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Attn: Bankruptcy
PO Box 15299
Wilmington, DE 19850-5299

Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
St Louis, MO 63179-0040

Cooper Appeals PLLC
10420 Montwood Dr Ste N-405 Suite N-405
El Paso, TX 79935-2701

Dennis Reinhold / IMG.LY
Kortumstra?e 19-21, 44787
Bochum, Germany

Dieter Cortezaleman
131 E 60th St
Los Angeles, CA 90003-1206

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Donna Buri
7222 Bella Blf
San Antonio, TX 78256-4407

EnerBank USA (Lyon Financial)
650 S Main St 1000
Salt Lake Cty, UT 84101-2844

FNBO Slice (AmeriFirst / Lyon Financial
1601 Dodge St
Omaha, NE 68197-0006

(p)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

Germany Law PLLC
1250 Ne Loop 410 Ste 725
San Antonio, TX 78209-1535

Gerson Cruz #1
5701 Mckinney Place Dr Apt 2107
Mckinney, TX 75070-1755

Gerson Cruz #2
5701 Mckinney Place Dr Apt 2107
Mckinney, TX 75070-1755

Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA 19176-0379

Internal Revenue Serice
300 E 8th St Stop 5026aus
Austin, TX 78701-3299

JBL LS Thousand Oaks LLC
2028 Harrison St Ste 202
Hollywood, FL 33020-7845

Kim Maertens
343 Pueblo Pintado
Helotes, TX 78023-4728

Marcus Asmar
2060 Maple Ave., Unit A
Costa Mesa, CA 92627-5544

Marcus Asmar
c/o Donald Hensel
Bartell Hensel
5053 La Mart Dr Ste 201
Riverside, CA 92507-5990

Olde Town Plumbing
28550 I-10 Suite 2
Boerne, TX 78006

Regions Bank
C/O Grant Tabor
PO Box 1860
Memphis , TN , 38101-1860

Regions Bank
Grant M. Tabor
LOGS Legal Group LLP
13105 Northwest Freeway, Suite 960
Houston, TX 77040-6356

Regions Bank/EnerBank USA
Attn: Bankruptcy
650 S Main St, Ste 1000
Salt Lake City, UT 84101-2844

Regions Mortgage
Attn: Bankruptcy
PO Box 110
Hattiesburg, MS 39403-0110

Reliant Bevcarb
4327 Centergate St
San Antonio, TX 78217-4803

Rolando Reyes
219 W Mahan St
Richwood, TX 77531-2820

Roxane Chirinos
856 S San Joaquin Ave
San Antonio, TX 78237-2878

Ryan Reiffert PLLC
8118 Datapoint Dr
San Antonio, TX 78229-3228

San Antonio Infill TT LLC
Farrimond, Castillo & Bresnahan
130 E Travis St Ste 350
San Antonio, TX 78205-1784

San Antonio Infill TT, LLC
Farrimond Castillo Bresnahan PC
c/o John M. Castillo
130 E. Travis, Suite 350
San Antonio, Texas 78205-1784

Saul Serano / Mar Property Capital
3200 Paseo Village Way Unit 1638
San Diego, CA 92130-3246

Statebridge
5680 Greenwood Plaza Blvd
Greenwood Village, CO 80111-2414

Systems & Services Technologies, Inc.
Attn: Bankruptcy
4315 Pickett Road
Saint Joseph, MO 64503-1600

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Tmcc
6565 Headquarters Dr
Plano, TX 75024-5965

United States Trustee
615 E. Houston St. 533
San Antonio, TX 78205-2055

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205-2055

Wondersign
2765 Bankers Industrial Dr
Atlanta, GA 30360-2740

Aldo Lopez
5822 Cromo Drive
El Paso, TX 79912-5523

Carlos Daniel Valadez
22964 Cielo Vis
San Antonio, TX 78255-9540

Morris Eugene White III
Villa & White LLP
100 NE Loop 410 Suite 615
San Antonio, TX 78216-4713

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bexar County
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

Discover Financial
Attn: Bankruptcy
Po Box 30943
Salt Lake City, UT 84130

Fnbo Skeps
P.o. Box 3412
Omaha, NE 68197

Texas Comptroller of Public Accounts
Po Box 13528
Austin, TX 78711-3528

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 48 |
| Bypassed recipients | 0 |
| Total | 48 |