**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CARLOS DANIEL VALADEZ,** | § | **CASE NO. 25-52947-mmp** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 7** |

**ORDER APPROVING WRITTEN WAIVER OF DISCHARGE OF CARLOS DANIEL VALADEZ PURSUANT TO 11 U.S.C. § 727(a)(10)**

Upon consideration of the Ex Parte Application for Order Approving Written Waiver of Discharge of Carlos Daniel Valadez pursuant to 11 U.S.C. § 727(a)(10) and the Debtor's Written Waiver of Discharge, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Carlos Daniel Valadez's written Waiver of Discharge filed with the Court is approved; and

IT IS FURTHER ORDERED THAT the Clerk shall promptly give notice of the waiver of discharge to all creditors in the manner provided in Federal Rule of Bankruptcy Procedure 2002(f).

# # #

Approved as to Form and Content:

**VILLA & WHITE LLP**

By: ______________________________
Morris E. "Trey" White, III
Texas Bar No. 24003162
100 NE Loop 410, Ste 615
San Antonio, Texas 78216
(210) 225-4500
treywhite@villawhite.com

Counsel for Debtor

Submitted by:

James W. Rose, Jr.
Trial Attorney for the United States Trustee
Texas Bar No. 17251900
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax