**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Carlos Daniel Valadez,** | § | **Case No. 25-52947-mmp** |
| | § | |
| **Debtor** | § | **Chapter 7** |

# Motion to Sell an Estate Claim to Marcus Asmar

TO ALL PARTIES IN INTEREST:

**This pleading requests relief which may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, San Antonio Division, 615 East Houston Street, Room 597, San Antonio, Texas 78205. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

John Patrick Lowe, the Trustee in this case, makes and files this Motion, and in support of it respectfully represents to the Court as follows:

**1.**

Movant is the successor Trustee in this Chapter 7 case. This case was commenced on December 3, 2025 as a Chapter 7 case and since that date the case has remained pending under that Chapter. This motion is filed by right of 11 United States Code §§363(b) and 704, Federal Rule of Bankruptcy Procedure 6004 and local rule 6004.

**2.**

When this case was commenced, the Debtor's state court petition against Alphamotive Motors, LLC, Marcus Asmar, Jesse James Palmer doing business as Auto Recovery Towing Service, Bryon Castro and Jean Castro was pending at Cause No. 2024 CI04461 in the 131st Judicial District Court of Bexar County, Texas. The Debtor did not disclose his claims in that litigation in either his original or amended Schedules, or in his Statement of Financial Affairs. The Debtor did disclose in his Statement of Financial Affairs a lawsuit also regarding the same vehicle, filed by Mr. Asmar against the Debtor and others in the Superior Court of Orange County, California.

**3.**

The Debtor's lawsuit alleges that he bought a 1967 Ford GT, paying $185,000.00 for it, and did not receive the car. He claims he paid for the vehicle and that the vehicle was not delivered to him and that Mr. Asmar, the so called seller of the vehicle, repossessed or recovered the vehicle in the State of Texas from the Debtor. He included Mr. Asmar as a Defendant because he claims Mr. Asmar had consigned the vehicle to Alphamotive Motors, LLC for sale.

**4.**

The Trustee moves for authority to sell the estate's claims against Mr. Asmar to Mr. Asmar or to release the estate's claims against Mr. Asmar in exchange for his payment of $7,500.00 to the Trustee.

**5.**

The estate has no financial resources to prosecute the claims. In any event, the Debtor, who would be the Trustee's principal witness in that lawsuit, has waived his discharge, would

not, for that reason, be a convincing witness and does not cooperate with the Trustee in the administration of other aspects of the Chapter case.

**6.**

The proposed sale will not create a federal income tax liability for the bankruptcy estate

**7.**

The Trustee also moves for authority to execute, acknowledge and deliver any instrument necessary to consummate or memorialize the sale or release.

**8.**

The sale is subject to higher and better offers.

WHEREFORE, premises considered, the Trustee prays that he be authorized to sell the aforesaid asset, and for such other and further relief, as is just.

September 24 2026

Respectfully submitted,

John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
Telephone:(830) 407-5115
Email: pat.lowe.law@gmail.com

Approved:

Marcus Asmar
2060 Maple Ave. Unit A.
Costa Mesa, CA 92627-5544

**Certificate of Service**

This is to certify that a true and correct copy of the above and foregoing Motion to Sell an Estate Claim to Marcus Asmar and the proposed Order, have been served on the parties listed on the attached Service List, by the CM/ECF system; by First Class mail, postage prepaid; or by electronic mail within 2 days of the electronic filing of this Motion on this the 24th day of September 2026.

Patrick Lowe