**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Carlos Daniel Valadez,** | § | **Case No. 25-52947-mmp** |
| | § | |
| **Debtor** | § | **Chapter 7** |

**Order Granting Motion to Sell an Estate Claim to Marcus Asmar**

On this day came on to be considered the Trustee's Motion to Sell an Estate Claim to Marcus Asmar. After considering the Motion and the docket, no timely objection to the Trustee's Motion having been filed, the Court is of the opinion that the Trustee's Motion should be granted.

IT IS, THEREFORE, ORDERED that the Trustee's Motion to Sell an Estate Claim to Marcus Asmar is granted.

IT IS FURTHER ORDERED that the Trustee is authorized and directed to sell the estate's claims pending in Valadez v. Alphamotive Motors, LLC in Cause No. 2024 C104461 pending in the 131st Judicial District Court of Bexar County, Texas against Mr. Asmar to Mr.

Asmar or to release the estate's claims against Mr. Asmar in exchange for his payment of $7,500.00 to the Trustee payable within 15 days of the entry of this Order.

IT IS FURTHER ORDERED that the Trustee is authorized and directed to execute, acknowledge and deliver any instrument or document necessary to consummate or memorialize the sale.

###

Approved:

Marcus Asmar
2060 Maple Ave. Unit A.
Costa Mesa, CA 92627-5544

Order Prepared By:

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com