**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Carlos Daniel Valadez,** | § | **Case No. 25-52947-mmp** |
| | § | |
| **Debtor** | § | **Chapter 7** |
| | § | |
| **John Patrick Lowe, Trustee,** | § | |
| **Movant** | § | |
| **v.** | § | |
| | § | |
| **Carlos Daniel Valadez,** | § | |
| **Respondent** | § | |

**Motion to Enforce Order Granting Motion to Compel the Debtor to File His 2023 and 2024 Federal Income Tax Returns and for Related Relief**

TO ALL PARTIES IN INTEREST:

John Patrick Lowe, the Trustee in this case, makes and files this Motion, and in support of it respectfully represents to the Court as follows:

**1.**

Movant is the successor Trustee in this Chapter 7 case. The case was commenced on December 3, 2025 as a Chapter 7 case and since that date the case has remained pending under that Chapter. This Motion is filed by right of Federal Rule of Bankruptcy Procedure 9020.

**2.**

On August 28, 2026 the Court signed its Order Granting Motion to Compel the Debtor to File his 2023 and 2024 Federal Income Tax Returns and for Related Relief, docket entry 69. That Order directed the Debtor to file his 2023 and 2024 federal income tax returns and to turn copies of those returns over to the Trustee within 15 days of the date of the entry of that Order.

**3.**

The Debtor has not turned over copies of the tax returns to the Trustee. The Trustee believes that the Debtor has not filed the tax returns with the Internal Revenue Service. If the Debtor had filed the returns, the Internal Revenue Service would have amended its proof of claim to reflect the returns. The Internal Revenue Service has not filed an amended proof of claim.

**4.**

The Trustee moves the Court to enforce its August 28, 2026 Order Granting Motion to Compel the Debtor to File His 2023 and 2024 Federal Income Tax Returns and for Related Relief, docket 69, by civil contempt or otherwise and grant the Trustee such relief as will compel the Debtor to comply with this Court's August 28, 2026 Order.

**5.**

The authority for the requested relief is Federal Rule of Bankruptcy Procedure 9020.

WHEREFORE, premises considered, the Trustee requests that the Court enter an Order granting this Motion, and for such other and further relief, at law or in equity, as to which he may be justly entitled.

October 6, 2026

Respectfully submitted,

John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com

**Certificate of Service**

This is to certify that a true and correct copy of the above and foregoing Motion to Enforce the Order Granting Motion to Compel the Debtor to File His 2023 and 2024 Federal Income Tax Returns and for Related Relief, and the proposed Order, have been served to the attached Service List, by the CM/ECF system; by First Class mail, postage prepaid; or by electronic mail within 2 days of the electronic filing of this Motion on this the 6th day of October 2026.

__________________________
Patrick Lowe