# SERVICE LIST

ADT
814 Arion Pkwy Ste 220
San Antonio, TX 78216-2837

Affirm, Inc.
Attn: Bankruptcy
´50 California St, Fl 12
an Francisco, CA 94108-2716

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Amex
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998-1535

Attorney General of the United States
Main Justice Bld Room 5111
Washington, DC 20530-0001

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Carlos Daniel Valadez
22964 Cielo Vis
San Antonio, TX 78255-9540

Chase Card Services
Attn: Bankruptcy
PO Box 15299
Wilmington, DE 19850-5299

Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
St Louis, MO 63179-0040

Cooper Appeals PLLC
10420 Montwood Dr Ste N-405 Suit› N-405
El Paso, TX 79935-2701

Courtney J. Hull
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

CPS Energy
Attn: Bankruptcy Section
500 McCullough Avenue
Mail Drop CT12
San Antonio TX 78215-2104

Dennis Reinhold / IMG.LY
Kortumstra?e 19-21, 44787
Bochum, Germany

Dieter Cortezaleman
:131 E 60th St
Los Angeles, CA 90003-1206

Discover Financial Services, LLC
PO Box 3025
New Albany, OH 43054-3025

Donna Buri
7222 Bella Blf
San Antonio, TX 78256-4407

EnerBank USA (Lyon Financial)
650 S Main St 1000
Salt Lake Cty, UT 84101-2844

First National Bank of Omaha
1601 Dodge St Stop Code 3113
Omaha NE 68102-1626

First National Bank of Omaha
c/o BQ & Associates
14211 Arbor Street Suite 100
Omaha, NE 68144-2302

FNBO Slice (AmeriFirst / Lyon Financial
1601 Dodge St
Omaha, NE 68197-0006

Germany Law PLLC
1250 Ne Loop 410 Ste 725
San Antonio, TX 78209-1535

Gerson Cruz #1
5701 Mckinney Place Dr Apt 2107
Mckinney, TX 75070-1755
MAIL RETURNED

Gerson Cruz #2
5701 Mckinney Place Dr Apt 2107
Mckinney, TX 75070-1755
MAIL RETURNED

Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA 19176-0379

Internal Revenue Serice
300 E 8th St Stop 5026aus
Austin, TX 78701-3299

JBL LS Thousand Oaks LLC
2028 Harrison St Ste 202
Hollywood, FL 33020-7845

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Kevin M Epstein
United States Trustee
615 E. Houston St. 533
San Antonio, TX 78205-2055
BY THE CM/ECF SYSTEM ONLY

Kim Maertens
343 Pueblo Pintado
Helotes, TX 78023-4728

Linebarger Goggan Blair & Sampson LLP
Attn: Don P (for Pugilista)Stecker
112 E Pecan Suite 2200
San Antonio TX 78205-1588

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Marcus Asmar
2060 Maple Ave., Unit A
Costa Mesa, CA 92627-5544

Marcus Asmar
c/o Donald Hensel
Bartell Hensel
5053 La Mart Dr Ste 201
Riverside, CA 92507-5990

Morris Eugene White III
Villa & White LLP
100 NE Loop 410 Suite 615
San Antonio, TX 78216-4713
BY THE CM/ECF SYSTEM ONLY

Olde Town Plumbing
28550 I-10 Suite 2
Boerne, TX 78006

Regions Bank
C/O Grant Tabor
PO Box 1860
Memphis , TN , 38101-1860

Regions Bank
Grant M. Tabor
LOGS Legal Group LLP
13105 Northwest Freeway, Suite 96C
Houston, TX 77040-6356

Regions Bank/EnerBank USA
Attn: Bankruptcy
650 S Main St, Ste 1000
Salt Lake City, UT 84101-2844

Regions Home Improvement Financing
650 S Main Street, Suite 1000
Salt Lake City, UT 84101-2844

Regions Mortgage
Attn: Bankruptcy
PO Box 110
Hattiesburg, MS 39403-0110

Reliant Bevcarb
4327 Centergate St
San Antonio, TX 78217-4803

Rolando Reyes
219 W Mahan St
Richwood, TX 77531-2820

Roxane Chirinos
856 S San Joaquin Ave
San Antonio, TX 78237-2878
MAIL RETURNED

Ryan Reiffert PLLC
8118 Datapoint Dr
San Antonio, TX 78229-3228

San Antonio Infill TT LLC
Farrimond, Castillo & Bresnahan
130 E Travis St Ste 350
San Antonio, TX 78205-1784

San Antonio Infill TT, LLC
Farrimond Castillo Bresnahan PC
c/o John M. Castillo
130 E. Travis, Suite 350
San Antonio, Texas 78205-1784

Saul Serano / Mar Property Capital
3200 Paseo Village Way Unit 1638
San Diego, CA 92130-3246

Statebridge
5680 Greenwood Plaza Blvd
Greenwood Village, CO 80111-2414
MAIL RETURNED

Systems & Services Technologies, Inc.
Attn: Bankruptcy
4315 Pickett Road
Saint Joseph, MO 64503-1600

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy-Collections Division MC-008
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Section
PO Box 13528
Austin TX 78711-3528

Tmcc
6565 Headquarters Dr
Plano, TX 75024-5965

Wondersign
2765 Bankers Industrial Dr
Atlanta, GA 30360-2740