**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Carlos Daniel Valadez,** | § | **Case No. 25-52947-mmp** |
| | § | |
| **Debtor** | § | **Chapter 7** |
| | § | |
| **John Patrick Lowe, Trustee,** | § | |
| **Movant** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **Carlos Daniel Valadez,** | § | |
| **Respondent** | § | |

**Order Granting Trustee's Motion to Enforce Order Granting Motion to Compel the Debtor to File His 2023 and 2024 Federal Income Tax Returns and for Related Relief**

On this day came on to be considered the Trustee's Motion to Enforce Order Granting Motion to Compel the Debtor to File His 2023 and 2024 Federal Income Tax Returns and for Related Relief. After considering the motion, the docket and the representations on the record, the Court is of the opinion that the Trustee’s motion should be granted.

IT IS, THEREFORE, ORDERED that the Trustee's Motion to Enforce Order Granting Motion to Compel the Debtor to File His 2023 and 2024 Federal Income Tax Returns and for Related Relief is granted.

###

Order Prepared By:

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, Texas 78801
(830) 407-5115
Email: pat.lowe.law@gmail.com