# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 25−52947−mmp
Chapter No.: 7
Judge: Michael M Parker

IN RE: **Carlos Daniel Valadez** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **11/3/26 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Document(s): 73 Motion to Enforce (related document 69) Order Granting Motion to Compel the Debtor to File His 2023 and 2024 Federal Income Tax Returns and for Related Relief) filed by Trustee John Patrick Lowe. Hearing Scheduled For 11/3/2026 at 9:30 AM at SA Courtroom 1. (Castleberry, Deanna)

Dated: 10/7/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]