D. EDWARD HAYS, CA SBN 162507
(Admitted *pro hac vice*, Dk. 23)
ehays@marshackhays.com
BRADFORD N. BARNHARDT, CA SBN 328705
(Admitted *pro hac vice*, Dk. 33)
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Creditor,
MARCUS ASMAR

**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-52947-cag |
| | § | |
| CARLOS DANIEL VALADEZ, | § | Chapter 7 |
| | § | |
| Debtor. | | |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Creditor, Marcus Asmar ("Mr. Asmar"), files this Notice of Substitution of Attorney pursuant to Loc. Bankr. R. 9010-1(b) and requests that his current counsel Marshack Hays Wood LLP withdraw as counsel as follows:

(1) The name of the party making this substitution of attorney: Marcus Asmar.

(2) The name, address and email address of the new attorney is:

Marcus Asmar, in pro per, 2060 Maple Ave Unit A Costa Mesa CA 92627, marcus@decoded.la

(3) The Following are upcoming deadlines that may affect Mr. Asmar's interest in this case: Deadline to object to "Motion to Sell an Estate Claim to Marcus Asmar," October 15, 2026. Mr. Asmar has been advised in writing of this deadline.

Accordingly, the new attorney is substituted as attorney of record in place instead of the

present attorney Marshack Hays Wood LLP (D. Edward Hays and Bradford N. Barnhardt)

**I consent to the above substitution.**

Dated: September 30, 2026

______________________________
MARCUS ASMAR

**The above substitution is accepted.**

Date: September 29, 2026

MARSHACK HAYS WOOD LLP

_____/s/ Bradford N. Barnhardt____
Bradford N. Barnhardt
Present Attorney for Marcus Asmar

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, the foregoing was served via CM/ECF on all parties requesting such service. Additionally, on October 8, 2026, or within one business day thereof, the foregoing was served via United States First Class Mail to the parties listed on the attached matrix.

*/s/ Bradford N. Barnhardt*
BRADFORD N. BARNHARDT

# SERVICE LIST

ADT
814 Arion Pkwy Ste 220
San Antonio, TX 78216-2837

Affirm, Inc.
Attn: Bankruptcy
´50 California St, Fl 12
an Francisco, CA 94108-2716

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Amex
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998-1535

Attorney General of the United States
Main Justice Bld Room 5111
Washington, DC 20530-0001

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Carlos Daniel Valadez
22964 Cielo Vis
San Antonio, TX 78255-9540

Chase Card Services
Attn: Bankruptcy
PO Box 15299
Wilmington, DE 19850-5299

Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
St Louis, MO 63179-0040

Cooper Appeals PLLC
10420 Montwood Dr Ste N-405 Suite N-405
El Paso, TX 79935-2701

Courtney J. Hull
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

CPS Energy
Attn: Bankruptcy Section
500 McCullough Avenue
Mail Drop CT12
San Antonio TX 78215-2104

Dennis Reinhold / IMG.LY
Kortumstra?e 19-21, 44787
Bochum, Germany

Dieter Cortezaleman
:131 E 60th St
Los Angeles, CA 90003-1206

Discover Financial Services, LLC
PO Box 3025
New Albany, OH 43054-3025

Donna Buri
7222 Bella Blf
San Antonio, TX 78256-4407

EnerBank USA (Lyon Financial)
650 S Main St 1000
Salt Lake Cty, UT 84101-2844

First National Bank of Omaha
1601 Dodge St Stop Code 3113
Omaha NE 68102-1626

First National Bank of Omaha
c/o BQ & Associates
14211 Arbor Street Suite 100
Omaha, NE 68144-2302

FNBO Slice (AmeriFirst / Lyon Financial
1601 Dodge St
Omaha, NE 68197-0006

Germany Law PLLC
1250 Ne Loop 410 Ste 725
San Antonio, TX 78209-1535

Gerson Cruz #1
5701 Mckinney Place Dr Apt 2107
Mckinney, TX 75070-1755
MAIL RETURNED

Gerson Cruz #2
5701 Mckinney Place Dr Apt 2107
Mckinney, TX 75070-1755
MAIL RETURNED

Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA 19176-0379

Internal Revenue Serice
300 E 8th St Stop 5026aus
Austin, TX 78701-3299

JBL LS Thousand Oaks LLC
2028 Harrison St Ste 202
Hollywood, FL 33020-7845

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Kevin M Epstein
United States Trustee
615 E. Houston St. 533
San Antonio, TX 78205-2055
BY THE CM/ECF SYSTEM ONLY

Kim Maertens
343 Pueblo Pintado
Helotes, TX 78023-4728

Linebarger Goggan Blair & Sampson LLP
Attn: Don P (for Pugilista)Stecker
112 E Pecan Suite 2200
San Antonio TX 78205-1588

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Marcus Asmar
2060 Maple Ave., Unit A
Costa Mesa, CA 92627-5544

Marcus Asmar
c/o Donald Hensel
Bartell Hensel
5053 La Mart Dr Ste 201
Riverside, CA 92507-5990

Morris Eugene White III
Villa & White LLP
100 NE Loop 410 Suite 615
San Antonio, TX 78216-4713
BY THE CM/ECF SYSTEM ONLY

Olde Town Plumbing
28550 I-10 Suite 2
Boerne, TX 78006

Regions Bank
C/O Grant Tabor
PO Box 1860
Memphis , TN , 38101-1860

Regions Bank
Grant M. Tabor
LOGS Legal Group LLP
13105 Northwest Freeway, Suite 96C
Houston, TX 77040-6356

Regions Bank/EnerBank USA
Attn: Bankruptcy
650 S Main St, Ste 1000
Salt Lake City, UT 84101-2844

Regions Home Improvement Financing
650 S Main Street, Suite 1000
Salt Lake City, UT 84101-2844

Regions Mortgage
Attn: Bankruptcy
PO Box 110
Hattiesburg, MS 39403-0110

Reliant Bevcarb
4327 Centergate St
San Antonio, TX 78217-4803

Rolando Reyes
219 W Mahan St
Richwood, TX 77531-2820

Roxane Chirinos
856 S San Joaquin Ave
San Antonio, TX 78237-2878
MAIL RETURNED

Ryan Reiffert PLLC
8118 Datapoint Dr
San Antonio, TX 78229-3228

San Antonio Infill TT LLC
Farrimond, Castillo & Bresnahan
130 E Travis St Ste 350
San Antonio, TX 78205-1784

San Antonio Infill TT, LLC
Farrimond Castillo Bresnahan PC
c/o John M. Castillo
130 E. Travis, Suite 350
San Antonio, Texas 78205-1784

Saul Serano / Mar Property Capital
3200 Paseo Village Way Unit 1638
San Diego, CA 92130-3246

Statebridge
5680 Greenwood Plaza Blvd
Greenwood Village, CO 80111-2414
MAIL RETURNED

Systems & Services Technologies, Inc.
Attn: Bankruptcy
4315 Pickett Road
Saint Joseph, MO 64503-1600

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy-Collections Division MC-008
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Section
PO Box 13528
Austin TX 78711-3528

Tmcc
6565 Headquarters Dr
Plano, TX 75024-5965

Wondersign
2765 Bankers Industrial Dr
Atlanta, GA 30360-2740