**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Carlos Daniel Valadez,** | § | **Case No. 25-52947-mmp** |
| | § | |
| **Debtor** | § | **Chapter 7** |

**Trustee's Response to the Motion to Sell an Estate Claim to Marcus Asmar [Doc. No. 72]**

COMES NOW John Patrick Lowe, Trustee, and makes and files this Response to the Motion to Sell an Estate Claim to Marcus Asmar [Doc. No. 72], and in support thereof respectfully represents to the Court as follows:

**1.**

On September 24, 2026, the Trustee filed a Motion at docket 72 to sell an estate claim to Marcus Asmar for the amount of $7,500.00.

**2.**

On October 13, 2026, within 21 days of the filing of that motion, the Trustee received by email an offer from Carlos Valadez, the Debtor, to pay $8,000.00 for the estate's claims.

**3.**

The Trustee requests that the sale Motion be set for a hearing so that the Court might consider the offers for the estate's claim.

SIGNED this 8th day of October 2026.

Respectfully submitted,

______________________________

John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
Telephone:(830) 407-5115
Email: pat.lowe.law@gmail.com

**Certificate of Service**

This is to certify that a true and correct copy of the above and foregoing Trustee's Response to the Motion to Sell an Estate Claim to Marcus Asmar has been served on the parties on the attached Service List, by the CM/ECF system; or by First Class mail, postage prepaid; or by electronic mail within 2 days of the electronic filing of this Motion on this the 13th day of October 2026.

______________________________

Patrick Lowe