# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 25−52947−mmp
Chapter No.: 7
Judge: Michael M Parker

IN RE: **Carlos Daniel Valadez** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **11/3/26 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Document(s): 72 Motion to Sell an Estate Claim to Marcus Asmar under Section 363(b) filed by Trustee John Patrick Lowe. Hearing Scheduled For 11/3/2026 at 9:30 AM at SA Courtroom 1. (Castleberry, Deanna)

Dated: 10/14/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]