**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Carlos Daniel Valadez,** | § | **Case No. 25-52947-mmp** |
| | § | |
| **Debtor** | § | **Chapter 7** |

**Notice of Hearing and of Trustee's Bid Procedures Regarding Trustee's Motion to Sell An Estate Claim to Marcus Asmar (Docket No. 72)**

TO ALL PARTIES IN INTEREST:

COMES NOW John Patrick Lowe, Trustee in this case, and makes and files this Notice, and in support thereof respectfully represents to the Court as follows:

**1.**

The Trustee's Motion to Sell an Estate Claim to Marcus Asmar, docket number 72, has been set for hearing on **November 3, at 09:30 am** at San Antonio Courtroom 1, Hipolito F. Garcia Federal Bldg. & Courthouse, 615 E. Houston St., San Antonio, TX 78205.

**2.**

The Trustee will accept final sealed, written bids for the asset described in the Trustee's Motion. Any final offer or bid for the subject asset should identify the name and contact information, including phone number and email address, of the offeror and a bid or offer expressed in United States dollars. Any such final bid or offer should be received by the Trustee by mail, overnight delivery, hand delivery or email no later than 5:00 p.m. local time on Friday October 30, 2026. Any offer or bid may be admitted into evidence at the November 3, 2026 hearing. The asset will be sold to the highest bidder. The current high bid of record is $8,000.00.

Signed this 19th day of October 2026.

John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com

**Certificate of Service**

This is to certify that a true and correct copy of the above and foregoing Notice of Hearing and of Trustee's Bid Procedures Regarding Trustee's Motion to Sell an Estate Clai to Marcus Asmar [Doc.72], has been served on the attached Service List, by the CM/ECF system; by First Class mail, postage prepaid; or by electronic mail within 2 days after the filing of this Notice on this the 19th day of October 2026.

Patrick Lowe