**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 04, 2026.**

MICHAEL M. PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Carlos Daniel Valadez,** | § | **Case No. 25-52947-mmp** |
| | § | |
| **Debtor** | § | **Chapter 7** |

**Order Regarding Motion to Sell an Estate Claim to Marcus Asmar**

On November 3, 2026, came on to be heard the Chapter 7 Trustee's Motion to Sell an Estate Claim to Marcus Asmar, the Trustee's response to the sale motion and the Trustee's Notice of hearing and of Trustee's Bid Procedures Regarding Trustee's Motion to Sell an Estate Claim to Marcus Asmar, docket entries 72,76 and 78. Appearing were John Patrick Lowe, the Chapter 7 Trustee; Trey White, the lawyer for the Debtor; Carlos Valadez, the Debtor and bidder; and Marcus Asmar, creditor and bidder. The Trustee advised the Court that the highest bid for the claim described in the Trustee's sale motion was the bid in the amount of $8,001.00 made by Mr.

Asmar. The Trustee moved the sale of that claim to Mr. Asmar. Mr. Valadez, the Debtor, is the backup bidder for the amount of $8,000.00 as he agreed.

IT IS, THEREFORE, ORDERED that the Trustee's Motion to Sell an Estate Claim to Marcus Asmar, docket entry 72, is granted to the extent described in this Order.

IT IS FURTHER ORDERED that the Trustee is authorized and directed to sell and assign to Marcus Asmar the claim described in the Trustee's motion for the amount of $8,001.00.

IT IS FURTHER ORDERED that the Trustee is authorized and directed to execute, acknowledge and deliver any instrument or record necessary to consummate or memorialize the sale.

IT IS FURTHER ORDERED that the Court retains jurisdiction to interpret and enforce this Order.

###

Order Prepared By:

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, Texas 78801
(830) 407-5115
Email: pat.lowe.law@gmail.com